**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:25-cr-03045-MBB |
| | ) | |
| GARY MITCHELL, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation (**Doc. 52**) concerning Defendant Gary Mitchell, Jr.'s motion to suppress evidence (**Doc. 18**).

On April 2, 2025, a grand jury indicted Defendant on two counts of possession of a Schedule II controlled substance with intent to distribute. (**Doc. 1**). Defendant moves to suppress evidence and testimony obtained from a search of his person and his vehicle. (**Doc. 18**). On October 29, 2025, Judge Rush held a hearing on Defendant's motion. (**Doc. 38**). Judge Rush held a second hearing on December 2, 2025. (**Doc. 46**). On February 4, 2026, Judge Rush issued his Report and Recommendation. (**Doc. 52**). Defendant filed objections to the Report and Recommendation on March 25, 2026. (**Doc. 58**).

"The district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions." **FED. R. CRIM. P. 59(b)(3)**. After an independent, de novo review of Defendant's objections, the applicable law, and the parties' arguments, pursuant to 28 U.S.C. § 636(b)(1), the Court accepts the findings and recommendation made by Judge Rush in full.

Accordingly, it is **ORDERED** that Defendant's objections (**Doc. 58**) are **OVERRULED**.

It is further **ORDERED** that the Report and Recommendation of Magistrate Judge David P. Rush (**Doc. 52**) is **ADOPTED** in full and attached to and made part of this Order.

It is further **ORDERED** that Defendant's motion to suppress evidence (**Doc. 18**) is **DENIED** for the reasons set forth in the Report and Recommendation.

**IT IS SO ORDERED**.

/s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT JUDGE

Dated: April 3, 2026